# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-2012

———————————————

Antonio Dequan Elliott

*Plaintiff - Appellant*

v.

Marjorie Hall Parrott, Nurse Administrator, WellPath, North Central Unit, ADC (Originally named Marjorie Parrott); Sandra Lake, Healthcare Provider, WellPath, North Central Unit, ADC; Bruce Sanders, Field Captain, North Central Unit, ADC (Originally named Sanders); Carla Selvey, Nurse, WellPath, North Central Unit ADC (Originally named Candice Selvey)

*Defendants - Appellees*

————————————

Appeal from United States District Court
for the Eastern District of Arkansas - Northern

————————————

Submitted: December 31, 2024
Filed: January 6, 2025
[Unpublished]

————————————

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

————————————

PER CURIAM.

Arkansas inmate Antonio Elliott appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. See De Rossitte v. Correct Care Sols., LLC, 22 F.4th 796, 802 (8th Cir. 2022) (de novo review of grant of summary judgment); see also King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Cir. 2010) (dismissal for failure to exhaust remedies is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).